IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRENDA LYNN GEIGER; CLAUDIA SAMPEDRO; JESSICA BURCIAGA; IESHA MARIE CRESPO; JESSICA ROCKWELL; and LUCY PINDER,<br><br>PLAINTIFFS<br><br>v.<br><br>RP ENTERTAINMENT, LLC d/b/a CLUB TABU a/k/a TABU NIGHTCLUB a/k/a TABU; and KILLEEN 2007 LLC d/b/a MANGOS;<br><br>DEFENDANTS | Case No. 6:21-CV-00145-ADA-DTG |

## JOINT STATUS REPORT AND
## MOTION FOR ENTRY OF NEW SCHEDULING ORDER

1. On, May 6, 2021, this Court entered the Parties' Agreed Scheduling Order (ECF No. 14). Subsequently, the parties engaged in written discovery, engaged in document production, and have worked together collegially. On January 28, 2022, the Court entered an Order on All Parties' Stipulation and Joint Motion for Extension and to Amend Scheduling Order (ECF No. 18) after which depositions were taken. Additionally, the parties had settlement discussions (*see* ECF No. 21).

2. On June 17, 2022, this Court entered an Order Staying Case (ECF No. 29), extending a previously granted stay to July 19, 2022.

3. The parties report that they have not reached a final agreement resolving this matter.

4. As such, pursuant to the Order Staying Case (ECF No. 29), the parties submit a joint proposed scheduling order (which the parties have limited to pretrial deadlines that remained at the time the case was stayed) being filed contemporaneously with this report and motion.

## PRAYER

All Parties pray that this Court grant their Joint Motion for Entry of New Scheduling Order and for all other relief to which they may be entitled.

**THE CASAS LAW FIRM, P.C.**

By: */s/Dennis C. Postiglione*
Dennis C. Postiglione
SBN: 24041711
The Casas Law Firm, P.C.
3801 N. Capital of Texas Hwy,
Ste. E240, #445
Austin, Texas 78746
Email: dennis@talentrights.law

**Attorneys for Plaintiffs**

-and-

**PAKIS, GIOTES, PAGE & BURLESON, P.C.**

By: */s/ Marcus Mataga*
David N. Deaconson
SBN: 05673400
Email: deaconson@pakislaw.com
Marcus Mataga
SBN: 24083455
Email: mataga@pakislaw.com
400 Austin Avenue, Suite 400
Post Office Box 58
Waco, TX 76703-0058
Office: (254) 297-7300
Fax: (254) 297-7301

**Attorneys for Defendants**

## CERTIFICATE OF CONFERENCE

I hereby certify that on this 18th day of July 2022, I conferred by email with counsel for Plaintiffs, Dennis C. Postiglione, and he and I came to an agreement on the new deadlines and agreed that the above motion would be filed under electronic signatures as agreed to by all Parties.

*/s/ Marcus Mataga*
**MARCUS MATAGA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record listed below via the ECF system on July 18, 2022.

Joseph N. Casas
The Casas Law Firm, P.C.
11844 Bandera Road, No. 509
Helotes, Texas 78023
(855) 267-4457
joseph@talentrights.law

and

Dennis C. Postiglione
The Casas Law Firm, P.C.
3801 North Capital of Texas Highway, Suite E240, No. 445
Austin, Texas 78746
(512) 806-7699
dennis@talentrights.law

Attorneys for Plaintiffs

*/s/ Marcus Mataga*
**MARCUS MATAGA**