IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRENDA LYNN GEIGER; CLAUDIA SAMPEDRO; JESSICA BURCIAGA; IESHA MARIE CRESPO; JESSICA ROCKWELL; and LUCY PINDER,<br><br>PLAINTIFFS<br><br>v.<br><br>RP ENTERTAINMENT, LLC d/b/a CLUB TABU a/k/a TABU NIGHTCLUB a/k/a TABU; and KILLEEN 2007 LLC d/b/a MANGOS;<br><br>DEFENDANTS | Case No. 6:21-CV-00145-ADA-DTG |

## AMENDED SCHEDULING ORDER

On July 19, 2022, the Court considered the Joint Status Report and Motion for Entry of New Scheduling Order filed by the Parties. The Court GRANTS the Parties' Joint Motion, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that this Amended Scheduling Order will govern deadlines up to and including the trial of this matter.

| DATE | EVENT |
|---|---|
| April 5, 2023 | By this date the parties shall meet and confer to determine pre-trial deadlines, including, *inter alia*, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. |
| April 14, 2023 | By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. |
| April 24, 2023 | By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. |
| April 26, 2023 | By this date the parties shall also submit to the Court their Motions in Limine. |
| May 9, 2023 | By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. |
| TBD by Court | Final Pre-Trial Conference. |
| May 22, 2023 | Jury Trial Commences. |

**SIGNED** this 19th day of July, 2022.

                                                ALAN D ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE