UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BRENDA LYNN GEIGER, et al.,** § § § **Plaintiffs,** § § v. § **CIVIL NO. 6:21-CV-145-ADA-DTG** § **RP ENTERTAINMENT, LLC d/b/a** § **CLUB TABU a/k/a TABU** § **NIGHTCLUB a/k/a TABU; and** § **KILLEEN 2007 LLC d/b/a MANGOS,** § § **Defendants.** | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 40. The report recommends Defendant's Motion to Dismiss for failure to prosecute be **GRANTED** and Plaintiff's Complaint be **DISMISSED FOR WANT OF PROSECUTION**. The report and recommendation was filed on November 17, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 40) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss is **GRANTED** in accordance with the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED FOR WANT OF PROSECUTION**.

**SIGNED** this 4th day of December, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE